# Exhibit A

Int. Cls.: **16 and 28**

Prior U.S. Cls.: **2, 5, 22, 23, 29, 37, 38 and 50**

**United States Patent and Trademark Office**

Reg. No. **3,533,459**
Registered **Nov. 18, 2008**

## TRADEMARK
### PRINCIPAL REGISTER

## THE ELF ON THE SHELF

CCA AND B, LLC (GEORGIA LIMITED LIABILITY COMPANY)
SUITE 106
1590 NORTH ROBERTS ROAD
KENNESAW, GA 30144

FOR: CHILDREN'S ACTIVITY BOOKS; CHILDREN'S BOOKS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 10-1-2005; IN COMMERCE 10-1-2005.

FOR: DOLLS AND CHILDREN'S BOOKS, SOLD AS A UNIT, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 10-1-2005; IN COMMERCE 10-1-2005.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-368,580, FILED 1-10-2008.

TRACY FLETCHER, EXAMINING ATTORNEY

Int. Cls.: 16 and 28

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50

United States Patent and Trademark Office

Reg. No. 3,553,223
Registered Dec. 30, 2008

## TRADEMARK
### PRINCIPAL REGISTER



CCA AND B, LLC (GEORGIA LIMITED LIABILITY COMPANY)
SUITE 106
1590 NORTH ROBERTS ROAD
KENNESAW, GA 30144

FOR: CHILDREN'S ACTIVITY BOOKS; CHILDREN'S BOOKS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 9-1-2005; IN COMMERCE 9-1-2005.

FOR: DOLLS AND CHILDREN'S BOOKS, SOLD AS A UNIT, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 9-1-2005; IN COMMERCE 9-1-2005.

THE COLOR(S) RED AND YELLOW IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF THE WORDS THE ELF ON THE SHELF". THE WORD "THE" APPEARS IN RED LOWER-CASE LETTERING. DIRECTLY BELOW THE WORD "THE" APPEARS THE WORD "ELF" WHICH CONSISTS OF YELLOW UPPER-CASE LETTERING OUTLINED IN RED. DIRECTLY BELOW THE WORD "ELF" APPEARS THE WORDS "ON THE" WHICH CONSIST OF RED LOWER-CASE LETTERING. DIRECTLY BELOW THE WORDS "ON THE" APPEARS THE WORD "SHELF" WHICH APPEARS IN YELLOW UPPER-CASE LETTERING OUTLINED IN RED.

SER. NO. 77-424,678, FILED 3-18-2008.

PRISCILLA MILTON, EXAMINING ATTORNEY

# United States of America
### United States Patent and Trademark Office

# ELF PETS

**Reg. No. 4,638,594**  CCA AND B, LLC (GEORGIA LIMITED LIABILITY COMPANY)
3350 RIVERWOOD PARKWAY, SUITE 300
**Registered Nov. 11, 2014** ATLANTA, GA 30339

**Int. Cl.: 28**  FOR: PLUSH TOYS AND CHILDREN'S BOOKS, SOLD AS A UNIT, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

**TRADEMARK**  FIRST USE 5-31-2014; IN COMMERCE 5-31-2014.

**PRINCIPAL REGISTER**  THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,533,459 AND 3,553,223.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "PETS", APART FROM THE MARK AS SHOWN.

SN 86-253,013, FILED 4-15-2014.

CAROLINE WOOD, EXAMINING ATTORNEY



*Michelle K. Lee*

**Deputy Director of the United States
Patent and Trademark Office**

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,663,876**  
**Registered Dec. 30, 2014**  
**Int. Cl.: 28**

**TRADEMARK**

**PRINCIPAL REGISTER**

CCA AND B, LLC (GEORGIA LIMITED LIABILITY COMPANY)
SUITE 300
3350 RIVERWOOD PARKWAY
ATLANTA, GA 30339

FOR: PLUSH TOYS AND BOOKS, SOLD AS A UNIT, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 5-31-2014; IN COMMERCE 5-31-2014.

OWNER OF U.S. REG. NOS. 3,533,459 AND 3,553,223.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "PETS", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF THE WORDS "ELF PETS" IN STYLIZED FONT.

SER. NO. 86-325,315, FILED 7-1-2014.

MATTHEW CUCCIAS, EXAMINING ATTORNEY



*Michelle K. Lee*
Deputy Director of the United States
Patent and Trademark Office

Int. Cls.: 16 and 28

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50

Reg. No. 3,585,508

United States Patent and Trademark Office

Registered Mar. 10, 2009

## TRADEMARK
## PRINCIPAL REGISTER



CCA AND B, LLC (GEORGIA LIMITED LIABILITY COMPANY)
SUITE 106
1590 NORTH ROBERTS ROAD
KENNESAW, GA 30144

FOR: CHILDREN'S ACTIVITY BOOKS; CHILDREN'S BOOKS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 10-1-2005; IN COMMERCE 10-1-2005.

FOR: DOLLS AND CHILDREN'S BOOKS, SOLD AS A UNIT, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 10-1-2005; IN COMMERCE 10-1-2005.

THE COLOR(S) RED, GREEN, GOLD, BLUE AND WHITE IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF AN ELF DRESSED IN RED AND WHITE AND SITTING ON A BLUE SHELF WITH TWO GOLD PEGS THAT APPEAR ON THE UNDERNEATH PART OF THE BLUE SHELF ON THE RIGHT AND LEFT SIDE. A MINIATURE CHRISTMAS TREE APPEARS TO THE LEFT OF THE ELF AND A LARGE BOOK WITH A SMALLER BOOK LEANING ON IT AND A CHRISTMAS ORNAMENT APPEAR TO THE RIGHT OF THE ELF. THE TREE IS GREEN WITH A RED BASE, RED AND GOLD CIRCULAR ORNAMENTS AND A GOLD STAR AT THE TOP DECORATE THE TREE. THE LARGER BOOK IS GOLD WITH RED STRIPES AND GREEN SQUARES AND THE SMALLER BOOK IS RED WITH GREEN STRIPES AND A GREEN SQUARE. THE ORNAMENT TO THE RIGHT OF THE ELF IS GOLD WITH TWO RED STRIPES.

SER. NO. 77-368,636, FILED 1-10-2008.

TRACY FLETCHER, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,604,772**  CCA AND B, LLC (GEORGIA LIMITED LIABILITY COMPANY)
3350 RIVERWOOD PARKWAY, SUITE 300
**Registered Sep. 16, 2014** ATLANTA, GA 30339

**Int. Cls.: 16 and 28**  FOR: CHILDREN'S ACTIVITY BOOKS; CHILDREN'S BOOKS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

**TRADEMARK**  FIRST USE 1-1-2012; IN COMMERCE 1-1-2012.

**PRINCIPAL REGISTER**  FOR: DOLLS AND CHILDREN'S BOOKS, SOLD AS A UNIT, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 1-1-2012; IN COMMERCE 1-1-2012.

OWNER OF U.S. REG. NO. 3,585,508.

THE COLOR(S) RED, GREEN, GOLD, BLUE, BROWN, BEIGE AND WHITE IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF A FEMALE ELF WITH BROWN HAIR, BLUE EYES AND BEIGE SKIN DRESSED IN RED AND WEARING A WHITE SKIRT WITH RED SNOWFLAKE DESIGNS, A WHITE COLLAR, AND A RED AND WHITE CAP. THE ELF IS SITTING ON A BLUE SHELF WITH TWO GOLD PEGS THAT APPEAR ON THE BOTTOM OF THE SHELF ON THE LEFT AND RIGHT SIDES. THE ELF IS FLANKED TO THE LEFT BY A GREEN CHRISTMAS TREE DECORATED WITH RED AND GOLD CIRCULAR ORNAMENTS, A GOLD STAR AT THE APEX, AND A RED BASE. THE ELF IS FLANKED TO THE RIGHT BY TWO BOOKS AND A GOLD CHRISTMAS ORNAMENT WITH TWO RED STRIPES. THE LEFTMOST BOOK IS GOLD WITH RED STRIPES AND GREEN SQUARES. THE OTHER BOOK IS RED WITH GREEN STRIPES AND A GREEN SQUARE, AND LEANS TO THE LEFT

SER. NO. 86-173,335, FILED 1-23-2014.

CAROLINE WOOD, EXAMINING ATTORNEY

*Michelle K. Lee*
**Deputy Director of the United States Patent and Trademark Office**

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,681,925**
**Registered Feb. 3, 2015**
**Int. Cl.: 28**

**TRADEMARK**

**PRINCIPAL REGISTER**

CCA AND B, LLC (GEORGIA LIMITED LIABILITY COMPANY)
3350 RIVERWOOD PARKWAY
SUITE 300
ATLANTA, GA 30339

FOR: PLUSH TOYS AND CHILDREN'S BOOKS, SOLD AS A UNIT, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 5-31-2014; IN COMMERCE 5-31-2014.

THE MARK CONSISTS OF A STYLIZED DRAWING OF A MALE ELF CROUCHED ON ONE KNEE WITH HIS ARMS AROUND THE HEAD AND HIS FACE PRESSED AGAINST THE FACE OF A STYLIZED DRAWING OF A REINDEER LYING DOWN.

SER. NO. 86-325,302, FILED 7-1-2014.

MATTHEW CUCCIAS, EXAMINING ATTORNEY



*Michelle K. Lee*

**Deputy Director of the United States
Patent and Trademark Office**

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,323,653**
**Registered Oct. 31, 2017**
**Int. Cl.: 28**
**Trademark**
**Principal Register**

CCA and B, LLC (GEORGIA LIMITED LIABILITY COMPANY)
Suite 300
3350 Riverwood Parkway
Atlanta, GEORGIA 30339

CLASS 28: Dolls and children's book sold as unit

FIRST USE 9-1-2016, The mark was first used anywhere in a different form other than that sought to be registered at least as early as 05/31/2014; IN COMMERCE 9-1-2016, The mark was first used in commerce in a different form other than that sought to be registered at least as early as 05/31/2014

The mark consists of a stylized drawing of a male elf crouched on one knee with his arms around the reindeer's head and the elf's face pressed against the face of a stylized drawing of a reindeer lying down.

OWNER OF U.S. REG. NO. 4796557, 4681925

SER. NO. 87-412,145, FILED 04-14-2017





Joseph Matal
Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# SCOUT ELF

**Reg. No. 6,115,219**

**Registered Jul. 28, 2020**

**Int. Cl.: 25, 28**

**Trademark**

**Principal Register**

CCA and B, LLC  (GEORGIA LIMITED LIABILITY COMPANY)
3350 Riverwood Parkway
Atlanta, GEORGIA 30339

CLASS 25: Clothing, namely, holiday-themed sweatshirts, T-shirts, and pajamas for children and adults related to Christmas; Christmas-themed Halloween costumes for adults and children

FIRST USE 9-00-2014; IN COMMERCE 9-00-2014

CLASS 28: Toys, and playthings, namely, holiday-themed dolls, doll clothing, doll accessories, and activities for participants in the nature of dolls and playsets therefor

FIRST USE 00-00-2015; IN COMMERCE 00-00-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 88-978,192, FILED 11-15-2018



Director of the United States
Patent and Trademark Office



# United States of America
### United States Patent and Trademark Office



**Reg. No. 4,671,823**
**Registered Jan. 13, 2015**
**Int. Cl.: 28**

**TRADEMARK**

**PRINCIPAL REGISTER**

CCA AND B, LLC (GEORGIA LIMITED LIABILITY COMPANY)
3350 RIVERWOOD PARKWAY
SUITE 300
ATLANTA, GA 30339

FOR: PLUSH TOYS AND CHILDREN'S BOOKS, SOLD AS A UNIT, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 5-31-2014; IN COMMERCE 5-31-2014.

THE MARK CONSISTS OF A STYLIZED DRAWING OF A REINDEER HEAD WITH ANTLERS IN WHICH THE REINDEER IS WEARING A FOUR-POINTED COLLAR AROUND ITS NECK WITH A HEART SHAPE AFFIXED TO THE COLLAR. THE REINDEER HEAD, ANTLERS AND FOUR-POINTED COLLAR ARE SHADED.

SER. NO. 86-325,304, FILED 7-1-2014.

MATTHEW CUCCIAS, EXAMINING ATTORNEY



**Deputy Director of the United States**
**Patent and Trademark Office**

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,681,926**
**Registered Feb. 3, 2015**
**Int. Cl.: 28**

**TRADEMARK**

**PRINCIPAL REGISTER**

CCA AND B, LLC (GEORGIA LIMITED LIABILITY COMPANY)
SUITE 300
3350 RIVERWOOD PARKWAY
ATLANTA, GA 30339

FOR: PLUSH TOYS AND CHILDREN'S BOOKS, SOLD AS A UNIT, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 5-31-2014; IN COMMERCE 5-31-2014.

OWNER OF U.S. REG. NO. 3,585,508.

THE MARK CONSISTS OF A STYLIZED DRAWING OF AN ELF SITTING ON A SHELF IN SILHOUETTE SURROUNDED BY A SCALLOPED OUTLINE.

SER. NO. 86-325,321, FILED 7-1-2014.

ANDREA K. NADELMAN, EXAMINING ATTORNEY



*Michelle K. Lee*
**Deputy Director of the United States**
**Patent and Trademark Office**

# United States of America
## United States Patent and Trademark Office

## CLAUS COUTURE COLLECTION

**Reg. No. 3,742,223** CCA AND B, LLC (GEORGIA LIMITED LIABILITY COMPANY)
Registered Jan. 26, 2010  SUITE 100
55 CHASTAIN ROAD
KENNESAW, GA 30144

**Int. Cl.: 28**

FOR: DOLL CLOTHING; DOLLS' CLOTHES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

**TRADEMARK**  FIRST USE 7-22-2009; IN COMMERCE 7-22-2009.
**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "COUTURE COLLECTION", APART FROM THE MARK AS SHOWN.

SER. NO. 77-764,920, FILED 6-22-2009.

INGRID C. EULIN, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,323,649**

**Registered Oct. 31, 2017**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

CCA and B, LLC (GEORGIA LIMITED LIABILITY COMPANY)
Suite 300
3350 Riverwood Parkway
Atlanta, GEORGIA 30339

CLASS 28: Dolls clothes and accessories

FIRST USE 1-12-2017, The mark was first used anywhere in a different form other than that sought to be registered at least as early as 07/22/2009; IN COMMERCE 1-12-2017, The mark was first used in commerce in a different form other than that sought to be registered at least as early as 07/22/2009

The mark consists of the words "CLAUS COUTURE COLLECTION" in cursive script. A Santa hat appears on the top of the capitalized letter "C" in "CLAUS" and capitalized letter "C" in "COUTURE". The word "COLLECTION" appears below and centered the words "CLAUS COUTURE". There is one dot on either side of the word "COLLECTION".

OWNER OF U.S. REG. NO. 3749772

No claim is made to the exclusive right to use the following apart from the mark as shown: "COUTURE COLLECTION"

SER. NO. 87-412,128, FILED 04-14-2017

*Joseph Matal*
Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

# United States of America
### United States Patent and Trademark Office



**Reg. No. 3,749,772**
Registered Feb. 16, 2010

**Int. Cl.: 28**

**TRADEMARK**
**PRINCIPAL REGISTER**

CCA AND B, LLC (GEORGIA LIMITED LIABILITY COMPANY)
SUITE 100
55 CHASTAIN ROAD
KENNESAW, GA 30144

FOR: DOLL CLOTHING; DOLLS' CLOTHES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 7-22-2009; IN COMMERCE 7-22-2009.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "COUTURE COLLECTION", APART FROM THE MARK AS SHOWN.

THE COLOR(S) RED AND WHITE IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF THE WORDS "CLAUS COUTURE COLLECTION" IN WHITE CURSIVE SCRIPT APPEARING ON A RED BACKGROUND. A RED AND WHITE SANTA HAT APPEARS ON THE TOP OF EACH CAPITALIZED LETTER "C". BROKEN LINES APPEAR ON THE DRAWING PAGE TO SHOW PLACEMENT .

SER. NO. 77-788,693, FILED 7-24-2009.

INGRID C. EULIN, EXAMINING ATTORNEY



*David J. Kappos*
Director of the United States Patent and Trademark Office